# UNITED  STATES  DISTRICT  COURT
## SOUTHERN  DISTRICT  OF  GEORGIA
### SAVANNAH  DIVISION

DAMIEN BEY d/b/a Damien Carter, )
                                  )

       Plaintiff,          )

                                    )

v.                                    )                 CV419-333

                                    )

WARDEN BROOKS L. BENTON,    )

                                    )

       Defendant.       )

## <u>REPORT AND RECOMMENDATION</u>

This case should be dismissed without prejudice because plaintiff has failed to comply with the December 26, 2019, deadline for amending his complaint and either moving to proceed IFP or paying the filing fee.  Doc. 3 (Order directing return of PLRA forms).  This Court has the authority to prune cases from its dockets where parties have failed to comply with its Orders.  *See* L.R. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992).  Plaintiff's case should thus be **DISMISSED** without prejudice for failing to comply with the Court's Order.

In addition to failing to comply with the Court's order, plaintiff has also filed a "Notice of Filing" alleging—among other things—that he has "and possess[es] the internationally recognized rights to determine [his] own 'Status of the State' absent of Threat, Coercion, or acquiescence to a Color-of-Law, a Color-OF-OFFICE, nor to be subject to imposed Color-of-Authority.   Being previously Identified by the Union States Society of North America – U.S.A. under the colorable ward-ship name, DAMIEN CARTER . . ." Doc. 4.  Bey's language has all the hallmarks of the "sovereign citizen" theory that has been consistently rejected by the federal courts as an utterly frivolous attempt to avoid the statutes, rules, and regulations that apply to *all* litigants, regardless of how they portray themselves.  *See, e.g., United States v. Sterling*, 738 F.3d 228, 233 n.1 (11th Cir. 2013) (noting that courts routinely reject sovereign citizen legal theories as "frivolous") (citing *United States v. Benabe*, 654 F.3d 753, 761-67 (7th Cir. 2011) (recommending that sovereign citizen theories "be rejected summarily, however they are presented")); *Roach v. Arrisi*, 2016 WL 8943290 at *2 (M.D. Fla. 2016) (noting that sovereign citizen theories have not only been consistently rejected by the courts, but they have been described as "utterly frivolous," "patently ludicrous," and "a waste of . . . the court's time, which is being paid for by hard-earned tax dollars") (cite omitted); *United States v. Alexio*, 2015 WL 4069160 at *3 (D. Hawaii 2015).  This provides an alternative basis to recommend dismissal.

This report and recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED**, this <u>21st</u> day of February, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA