# United States District Court
## Southern District of Georgia

DAMIEN BEY d/b/a Damien Carter,

   Plaintiff,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: 4:19-CV-333

WARDEN BROOKS L. BENTON,

   Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated April 11, 2020 adopting the Report and Recommendations of the U.S. Magistrate Judge as the opinion of this Court, the Plaintiff's Complaint is dismissed without prejudice. This case stands closed.

| | |
|---|---|
| April 13, 2020 | John E. Triplett, Acting Clerk |
| *Date* | *Clerk* |
| | /s/ J. Hanna |
| | *(By) Deputy Clerk* |